IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,

      Plaintiff,                     Case No. 2:10-cv-3386 MCE DAD

      v.

AVTAR SINGH ATWAL, et al.,

                                  ORDER

      Defendants.

_____/

      Three defendants are named in the complaint filed in this action on December 20, 2010. After defendant Diana Hanna filed a pro se answer to the complaint on February 22, 2011, the case was referred to the undersigned magistrate judge for all purposes described in Local Rule 302(c)(21).

      Pursuant to plaintiff's notice of settlement with defendant Hanna and subsequent request for her dismissal, defendant Hanna was dismissed with prejudice by order filed August 18, 2011. (Docs. No. 16, 18 & 19.) The case remains open as to defendants Avtar Singh Atwal and Palvinder Singh, whose defaults were entered by the Clerk on April 5, 2011. (Doc. No. 10.) In the absence of any party proceeding pro se, the case will be referred back to the assigned district judge. However, any motion for default judgment against the remaining defendants must be noticed for hearing before the undersigned in accordance with Local Rule 302(c)(19).

1

1  Good cause appearing, IT IS ORDERED that:

2  1. In accordance with Local Rule 302(c)(21), this action is referred back to the

3  assigned district judge for further proceedings; and

4  2. The Clerk shall modify the docket for this case to reflect that it is not a Pro Se

5  case, and all documents hereafter submitted for filing in this case shall bear case number 2:10-cv-

6  3386 MCE DAD.

7  DATED: August 19, 2011.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1\orders.prose\johnson3386.ord.referback

2