1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   SCOTT N. JOHNSON,

11            Plaintiff,                    Case No. 2:10-cv-3386 MCE DAD

12       v.

13   AVTAR SINGH ATWAL and
     PALVINDER SINGH,
14                                          ORDER
             Defendants.
15   _____/

16            This matter came before the court on September 23, 2011 for hearing of plaintiff's

17   motion for default judgment against defendants Atwal and Singh.[1]  Plaintiff Scott N. Johnson,

18   Esq. appeared on his own behalf.  Defendants Avtar Singh Atwal and Palvinder Singh, both

19   proceeding pro se, appeared in propria persona.

20            Good cause appearing, IT IS ORDERED that:

21            1.  Plaintiff's August 22, 2011 motion for default judgment (Doc. No. 20) was

22   withdrawn by the moving party in open court on September 23, 2011;

23   _____

24       [1]  Defendant Diana Hanna filed a pro se answer to plaintiff's complaint on February 22,
     2011.  (Doc. No. 7.)  On July 8, 2011, plaintiff filed a notice of settlement as to his claims against
25   defendant Hanna, and the assigned district judge dismissed defendant Hanna from the case on
     August 18, 2011.  (Doc. Nos. 16 & 19.)  Defendants Avtar Singh Atwal and Palvinder Singh are
26   the sole remaining defendants.

                                              1

1        2.  The parties shall meet and confer regarding possible settlement of this case; if

2  settlement is not feasible, defendants shall respond to plaintiff's complaint by filing an answer or

3  appropriate motion on or before October 28, 2011; if a settlement agreement is reached, plaintiff

4  shall notify the court in writing forthwith;

5        3.  A status conference is set for Friday, November 18, 2011, at 10:00 a.m. in

6  Courtroom No. 27;

7        4.  Status reports shall be filed and served by both sides on or before November

8  11, 2011; if all parties agree, a single joint status report may be filed; and

9        5.  The Clerk of the Court is directed to serve a courtesy copy of this order on

10  Avtar Singh Atwal and Palvinder Singh at 9791 Lincoln Village Drive, Suite I, Sacramento, CA

11  95827.

12  DATED: September 23, 2011.

13

14                           _____

15                           DALE A. DROZD
                             UNITED STATES MAGISTRATE JUDGE

16  DAD:kw
    Ddad1\orders.prose\johnson3386.oah.092311

17

18

19

20

21

22

23

24

25

26